**Li Juan HUANG, Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE; John Ashcroft, Attorney General, Respondents.**

**No. 02–1601.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 22, 2002.

Sunit K. Joshi, Wilson, Joshi & Kuzmin, L.L.P., New York, New York, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Linda S. Wendtland, Assistant Director, John C. Cunningham, Senior Litigation, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C., for Respondents.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Li Juan Huang, a native and citizen of the Republic of China, appeals the Board of Immigration Appeals' ("Board") denial of her motion to reopen asylum proceedings. Our review of the record discloses the Board did not abuse its discretion denying the motion to reopen. *See INS v. Doherty*, 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992) (stating standard of review). Accordingly, we affirm on the reasoning of the Board. *See In re Li Juan Huang*, No. A73–032–530 (BIA May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*